UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELIZABETH CATO | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO.  2:16-cv-03227 |
| | * | |
| IBIS TRAIL AT COVINGTON, LLC | * | JUDGE LANCE M. AFRICK |
| and XYZ INSURANCE COMPANY | * | |
| | * | MAGISTRATE JANIS |
| | * | van MEERVELD |
| | * | |
| *    *    *    *    *    *    * | * | |

## JOINT MOTION FOR ENTRY OF ORDER OF DISMISSAL

**NOW INTO COURT,** through undersigned counsel, come Plaintiff Elizabeth Cato and Defendant, Ibis Trail at Covington, LLC who jointly move this Court for an entry of a final Order of Dismissal with prejudice.

1.

An agreement was reached in full and final settlement of the captioned action and an preliminary order of dismissal was entered on January 10, 2017. (Doc. 54).

2.

The parties now jointly move for entry of a final Order of Dismissal with prejudice.

**WHEREFORE**, Plaintiff  Elizabeth Cato and Defendant, Ibis Trail at Covington, LLC pray that this Joint Motion to Dismiss be granted.

4845-9734-1760.1                                              1

s/ Kathleen M. Maynard
**MAUREEN O. SULLIVAN, T.A. (#12572)**
Maureen.Sullivan@lewisbrisbois.com
**KATHLEEN M. MAYNARD (#36571)**
Kathleen.Maynard@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
400 Poydras Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: (504) 322-4100
Facsimile:   (504) 754-7569
*Attorneys for Defendant,*
*Ibis Trail at Covington, LLC*


s/ Richard D. Roninger, II
**RICHARD D. RONIGER, II  (#28984)**
rick@charbonnetlawfirm.com
**CHARBONNET LAW FIRM, LLC**
501 Clearview Parkway
Metairie, LA 70001
Telephone: (504) 888-2227
Facsimile: (504) 456-3469
*Attorneys for Plaintiff,*
*Elizabeth Cato*


## CERTIFICATE OF SERVICE

**HEREBY CERTIFY** that a copy of the above and foregoing Joint Motion for Entry of

Order of Dismissal has this day been forwarded to all counsel of record electronically utilizing

CM/ECF system or by depositing a copy of same in the United States Mail, postage prepaid and

properly addressed and with sufficient postage affixed, this 3rd day of April, 2017.


s/ Kathleen M. Maynard
**KATHLEEN M. MAYNARD**